**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

KATHERINE PETILLO, on behalf of
herself and all others similarly situated,

               Plaintiff,

v.

DILIGENT CORPORATION and
UNIVERSITY OF COLORADO
HEALTH dba UCHEALTH,

               Defendants.

Case No. 1:23-cv-02439-LLS

Judge Louis L. Stanton

---

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff Katherine Petillo ("Plaintiff"), through her attorneys, individually and on behalf of all others similarly situated, hereby move this Court to:

1.      Grant preliminary approval of the settlement described in the "Settlement Agreement" between Plaintiff and Defendants Diligent Corporation and University of Colorado Health, dba UCHealth ("Defendants");

2.      Approve the Notice Program;

3.      Appoint Angeion Group as Settlement Administrator;

4.      Preliminarily certify the Settlement Class for settlement purposes only;

5.      Appoint Plaintiff Katherine Petillo as Settlement Class Representative;

6.      Appoint Raina C. Borrelli of Turke & Strauss LLP as Settlement Class Counsel;

7.      Approve the form and content of the Short Form Notice (Ex. 1), Long Form Notice (Ex. 2), and Claim Form (Ex. 3), all attached to the Settlement Agreement, respectively; and

8.      Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in support; (3); the Declaration of Raina C. Borrelli; (4) the Settlement Agreement; (5) the [Proposed] Preliminary Approval Order; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated:  December 5, 2023                            Respectfully submitted,

By: */s/ Raina C. Borrelli*
        Raina C. Borrelli
        raina@turkestrauss.com
        TURKE & STRAUSS LLP
        613 Williamson St., Suite 201
        Madison, WI 53703
        Telephone (608) 237-1775
        Facsimile: (608) 509-4423

        James J. Bilsborrow (NY Bar # 519903)
        jbilsborrow@weitzlux.com
        WEITZ & LUXENBERG, PC
        700 Broadway
        New York, NY  10003
        Telephone: (212) 558-5500

        *Attorneys for Plaintiff and the Proposed Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Raina C. Borrelli, hereby certify that on December 5, 2023, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 5th day of December, 2023.

TURKE & STRAUSS LLP

By: */s/ Raina C. Borrelli*
   Raina C. Borrelli
   raina@turkestrauss.com
   TURKE & STRAUSS LLP
   613 Williamson St., Suite 201
   Madison, WI 53703
   Telephone: (608) 237-1775
   Facsimile: (608) 509-4423

3