UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE PETILLO, on behalf of herself and all others similarly situated,<br><br>                            Plaintiff,<br><br>v.<br><br>DILIGENT CORPORATION and UNIVERSITY OF COLORADO HEALTH dba UCHEALTH,<br><br>                            Defendants. | Case No. 1:23-cv-02439-LLS<br><br>Judge Louis L. Stanton |

**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARDS**

Plaintiff Katherine Petillo, on behalf of herself and the Settlement Class, hereby moves the Court for award of attorneys' fees, reimbursement of expenses, and a service award to the class representative.

This motion is based on the accompanying memorandum of points and authorities, the declaration of counsel, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: March 22, 2024          By: */s/ Raina C. Borrelli*
                                                Raina C. Borrelli
                                                TURKE & STRAUSS LLP
                                                613 Williamson St., Suite 201
                                                Madison, WI 53703
                                                Telephone (608) 237-1775
                                                Facsimile: (608) 509-4423
                                                raina@turkestrauss.com

                                                James J. Bilsborrow (NY Bar # 519903)
                                                WEITZ & LUXENBERG, PC
                                                700 Broadway

New York, NY 10003<br>
Telephone: (212) 558-5500<br>
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 22nd day of March, 2024.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@turkestrauss.com
            TURKE & STRAUSS LLP
            613 Williamson St., Suite 201
            Madison, WI 53703
            Telephone: (608) 237-1775
            Facsimile: (608) 509-4423