## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE PETILLO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DILIGENT CORPORATION and UNIVERSITY OF COLORADO HEALTH dba UCHEALTH,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-02439-LLS<br><br>Judge Louis L. Stanton |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL

Plaintiff Katherine Petillo, on behalf of herself and the Settlement Class, hereby moves the Court to finally approve the parties' class settlement and certify the settlement class under Fed. R. Civ. P. 23.

This motion is based on the accompanying memorandum of law, the declaration of the settlement administrator, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: May 31, 2024　　　　　　　　By: */s/ Raina C. Borrelli*
　　　　　　　　　　　　　　　　　　　Raina C. Borrelli
　　　　　　　　　　　　　　　　　　　STRAUSS BORRELLI PLLC
　　　　　　　　　　　　　　　　　　　One Magnificent Mile
　　　　　　　　　　　　　　　　　　　980 N. Michigan Avenue, Suite 1610
　　　　　　　　　　　　　　　　　　　Chicago IL, 60611
　　　　　　　　　　　　　　　　　　　Telephone: (872) 263-1100
　　　　　　　　　　　　　　　　　　　Facsimile: (872) 263-1109
　　　　　　　　　　　　　　　　　　　raina@straussborrelli.com

　　　　　　　　　　　　　　　　　　　James J. Bilsborrow (NY Bar # 519903)
　　　　　　　　　　　　　　　　　　　WEITZ & LUXENBERG, PC
　　　　　　　　　　　　　　　　　　　700 Broadway

New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 31st day of May, 2024.

                STRAUSS BORRELLI PLLC

                By: */s/ Raina C. Borrelli*
                      Raina C. Borrelli
                      raina@straussborrelli.com
                      STRAUSS BORRELLI PLLC
                      One Magnificent Mile
                      980 N Michigan Avenue, Suite 1610
                      Chicago IL, 60611
                      Telephone: (872) 263-1100
                      Facsimile: (872) 263-1109