UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE PETILLO, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>DILIGENT CORPORATION and UNIVERSITY OF COLORADO HEALTH dba UCHEALTH,<br><br>                  Defendants. | Case No. 1:23-cv-02439-LLS<br><br>Judge Louis L. Stanton |

**DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL**

I, Raina C. Borrelli, declare:

1. I am a partner of Strauss Borrelli PLLC, and one of the counsel of record for Plaintiff. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit A** is the Strauss Borrelli Firm Resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct, based on my knowledge, information, and belief.

Executed this 31st day of May, at Eagan, Minnesota.

Dated: May 31, 2024                            /s/ Raina C. Borrelli
                                                      Raina Borrelli

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 31st day of May, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
   Raina C. Borrelli
   raina@straussborrelli.com
   STRAUSS BORRELLI PLLC
   One Magnificent Mile
   980 N Michigan Avenue, Suite 1610
   Chicago IL, 60611
   Telephone: (872) 263-1100
   Facsimile: (872) 263-1109