UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE PETILLO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DILIGENT CORPORATION, and UNIVERSITY OF COLORADO HEALTH dba UC HEALTH,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-02439-LLS<br><br>**DECLARATION OF JAZMINEE SHUMWAY OF ANGEION GROUP RE: NOTICE AND ADMINISTRATION** |

I, **JAZMINEE SHUMWAY**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am an Associate Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion was retained by the Parties and appointed by this Court to serve as Settlement Administrator and to, among other tasks, provide notice of the Settlement to the Settlement Class, and perform other duties as specified in the Settlement Agreement and Release ("Settlement Agreement") (Dkt. No. 26-1) including any directives issued by Court Order, including but not limited to the Order Re: Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") (Dkt. No. 28).

3. Angeion is not related to or affiliated with the Plaintiff, Settlement Class Counsel, Defendants, or Defendants' Counsel.

4. The purpose of this Declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

## CAFA NOTICE

5. On December 15, 2023, pursuant to 28 U.S.C. §1715, Angeion caused notice of this Settlement ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well

as the Attorney General of the United States. A copy of the CAFA Notice is attached hereto as **Exhibit A.**

## CLASS DATA

6. On or about January 12, 2024, Angeion received a data file containing 41,308 Settlement Class Member records. The records contained the names and mailing addresses of Settlement Class Members. Angeion reviewed the data file and removed duplicative records, resulting in 41,110 unique records ("Class List").

## DIRECT NOTICE

**Mailed Notice**

7. On February 2, 2024, Angeion caused the Notice ("Postcard Notice") to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to 41,110 Settlement Class Members. A true and correct copy pf the Postcard Notice is attached hereto as **Exhibit B**.

8. Prior to mailing, the Settlement Class Member mailing addresses were processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

9. Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Notices that were returned by the USPS without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address. As a result of the above-described efforts, of the 986 Postcard Notices returned as undeliverable by the USPS, 669 were re-mailed to updated addresses.

10. Of the 41,110 notices mailed, 40,451 (98.39%) either have (1) not been returned as undeliverable by the USPS, or (2) were returned as undeliverable by the USPS, re-mailed to an updated address and have not been returned as undeliverable a second time.

## SETTLEMENT WEBSITE

11. On February 2, 2024, Angeion activated a case-specific website dedicated to this Settlement: **www.Diligent-IncidentManagerSettlement.com** (the "Settlement Website"), where Settlement Class Members are able to file a claim directly on the website or download and print the Claim Form to be completed and mailed via the USPS. The Settlement Website was designed to be user-friendly and makes it easy for Settlement Class Members to view general information about this class action Settlement. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can submit additional questions. As of the date of this declaration, the Settlement Website has received 2,268 website visits by 1,616 unique users totaling 4,738 pageviews.

## TOLL-FREE HOTLINE

12. On February 2, 2024, Angeion activated the following toll-free number dedicated to this Settlement: 1-866-716-3939. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.  As of the date of this declaration, Angeion has received 112 calls totaling 764 minutes.

## CLAIM FORMS

13. The deadline for Settlement Class Members to submit a Claim Form is June 1, 2024. As of May 29, 2024, Angeion has received 1,063 Claim Form submissions. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

## EXCLUSIONS & OBJECTIONS

14. The deadline for Settlement Class Members to submit a request for exclusion from the Settlement was April 2, 2024. As of the date of this declaration, Angeion has received three (3) timely

requests for exclusion. Attached hereto as **Exhibit C** are the names of the individuals who submitted exclusion requests.

15. The deadline for Settlement Class Members to object to the Settlement was April 2, 2024. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections.

## ADMINISTRATION COSTS

16. As of the date of this declaration, Angeion has incurred $39,922.22 in costs to administer the Settlement. Angeion's estimate of the approximate total costs to provide notice and administration services remains $67,241.

## DISTRIBUTION & REMAINING TASKS

17. Upon issuance of a Final Order from this Court and the achievement of the benchmarks set forth in the Settlement Agreement, Angeion will cause the distribution of Settlement benefits to take place in accordance with the terms of the Settlement Agreement or as otherwise directed by this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Bunnlevel, NC, this 30th day of May, 2024.

_____
Jazminee Shumway, Declarant

# EXHIBIT A



1650 Arch Street, Suite 2210<br>
Philadelphia, PA 19103<br>
www.angeiongroup.com<br>
215.563.4116 (P)<br>
215.525.0209 (F)<br>
December 15, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:**     **Notice of Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of defendants in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

>   **Case Name:**  *Petillo v. Diligent Corporation, et al.*
>   **Index Number:** 1:23-cv-02439-LLS
>   **Jurisdiction:** United States District Court Southern District of New York
>   **Date Settlement Filed with Court:** December 5, 2023

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1. **28 U.S.C. § 1715(b)(1)-Complaint:** *The Class Action Complaint* filed with the Court on March 22, 2023.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no judicial hearings scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The *Email Notice, Postcard, Long Form Notice,* and *Claim Form* filed with the Court on December 5, 2023.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Settlement Agreement and Release*, filed with the Court on December 5, 2023. Also available at https://www.angeiongroup.com/cafa/ are: *Plaintiff's Motion for Preliminary Approval of Class Action Settlement*, *Plaintiff's Memorandum of Law in Support of*

*Plaintiff's Motion for Preliminary Approval of Class Action Settlement*, and the *Declaration of Raina C. Borrelli in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement*.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the *Settlement Agreement and Release*, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this CAFA Notice. The *Proposed Order and Judgment Granting Final Approval of Class Action Settlement* is available at https://www.angeiongroup.com/cafa/.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class is believed to contain fewer than 50,000 individuals located throughout the United States. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on Settlement Class Members' submission of claim forms.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. The *Proposed Order Granting Preliminary Approval of Class Settlement* is available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

# EXHIBIT B

**To all persons whose Personal Information was impacted by a cybersecurity incident that Diligent Corporation discovered on or around November 9, 2022, a proposed class action settlement may affect your rights.**

For more information on the proposed Settlement, including how to submit a Claim, exclude yourself, or submit an objection, please visit **www.Diligent-IncidentManagerSettlement.com**.

*A federal court has authorized this Notice.*

*This is not a solicitation from a lawyer.*

Diligent-UCHealth Security Incident
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

*Electronic Service Requested*

Postal Service: Please do not mark barcode.



**Notice ID:**
**Confirmation Code:**

1





***THIS IS NOT A CLAIM FORM***

**PERSONAL INFORMATION UPDATE FORM**

To notify the Settlement Administrator of any change in your contact information, you may fill out this section and return it to the Settlement Administrator by mail. This is NOT a Claim Form.

To submit a claim form, visit *www.Diligent-IncidentManagerSettlement.com*.

First Name | MI | Last Name

Mailing Address

City | State | Zip Code

Email Address

Phone Number

### *Petillo v. Diligent Corp., et al.*, Case No. 1:23-cv-02439

**Why am I receiving this Notice?** You are receiving this Notice because the records of Diligent Corporation ("Diligent") and University of Colorado Health dba UCHealth ("UCHealth," and with Diligent, "Defendants") show that your Personal Information may have been impacted as a result of a cybersecurity incident that Diligent initially discovered on or around November 9, 2022 ("Security Incident"). You are therefore likely a Settlement Class Member eligible to receive benefits under this Settlement.

**What are the Settlement Benefits?** Under the Settlement, Defendants will establish a $490,000 Settlement Fund that will pay for valid and timely Claims for Extraordinary Losses, Out-of-Pocket Losses, Lost Time, Credit Monitoring, and Cash Compensation, summarized below:

- Extraordinary Loss Claims – Up to a total of $3,000 per claimant.
- Out-of-Pocket Loss Claims – Up to a total of $500 per claimant.
- Lost Time Claim – $25 per hour for up to 4 hours (for a total of $100, subject to the $500 cap for Out-of-Pocket Losses).
- Credit Monitoring – Two (2) years of Credit Monitoring Services, which shall include credit monitoring through one of the national credit monitoring bureaus and insurance of at least $1 million.
- Cash Compensation – In lieu of making a Claim for Extraordinary Losses, Out-of-Pocket Losses, Lost Time, or Credit Monitoring Services, Settlement Class Members can instead submit a Claim for Cash Compensation initially set at $50.00, which is subject to pro rata increase or decrease based on the number of Claims received.

Please visit www.Diligent-IncidentManagerSettlement.com for a full description of the Settlement benefits and documentation requirements.

**How do I Submit a Claim Form for Benefits?** You must submit a Claim Form, available at www.Diligent-IncidentManagerSettlement.com to be eligible to receive a Settlement benefit**.** Your completed Claim Form must be **submitted online, or mailed to the Settlement Administrator and postmarked, by June 1, 2024.**

**What are my other options?** If you **Do Nothing**, you will be legally bound by the terms of the Settlement, and you will release your claims against Diligent, UCHealth, and other Released Parties as defined in the Settlement Agreement. You may **opt out** of or **object** to the Settlement by **April 2, 2024**. Please visit www.Diligent-IncidentManagerSettlement.com for more information on how to opt out and exclude yourself from or object to the Settlement.

**Do I have a Lawyer in this Case?** Yes, the Court appointed the law firm of Turke & Strauss LLP to represent you and other members of the Settlement Class. You will not be charged directly for these lawyers; instead, they will seek attorneys' fees of up to one-third of the Settlement Fund (or $163,333.33) and expenses up to $10,000 from the Settlement Fund (subject to Court approval). If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing**. The Court is scheduled to hold a Final Approval Hearing on **June 14, 2024,** to consider whether to approve the Settlement, a Service award Payment for the Class Representative of $4,000, and a request for attorneys' fees and expenses for Settlement Class Counsel. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to.

**This Notice is only a summary**. For more information, visit  **www.Diligent-IncidentManagerSettlement.com** or call toll-free **1-866-716-3939.**



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 49     PHILADELPHIA, PA

POSTAGE WILL BE PAID BY ADDRESSEE

DILIGENT-UCHEALTH SECURITY INCIDENT
C/O SETTLEMENT ADMINISTRATOR
1650 ARCH STREET
SUITE 2210
PHILADELPHIA PA 19103-9996

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# EXHIBIT C

<u>Diligent Corp (Petillo) Exclusion List</u>

1. LYNNE GERBER
2. EDWARD L HOFFMAN
3. LAURA GOTTERMEIER