ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHERINE PETILLO, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

DILIGENT CORPORATION, and UNIVERSITY OF COLORADO HEALTH dba UC HEALTH,

        Defendants.

Case No. 1:23-cv-02439-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/25

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CY PRES DISTRIBUTION

LLS

Plaintiff's Unopposed Motion for *Cy Pres* Distribution is hereby GRANTED. It is therefore ORDERED that the $17,574.81 in unclaimed funds stemming from the Class Settlement in this matter be distributed to Electronic Privacy Information Center ("EPIC") as a *cy pres* recipient.

SO ORDERED this 30th day of May, 2025.

_____
Louis L. Stanton
HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT COURT JUDGE

1